## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Scott Traudt, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| Lebanon Police Dept./City of Lebanon, et al., | * |
| | * |
| Defendants. | * |

**Docket No. 1:23:cv-00500-LM-TSM**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>DEFENDANTS' PARTIAL MOTION TO DISMISS</u>

1.    Plaintiff filed the complaint in this action on November 8, 2023 asserting various federal and state-law claims for violations of his rights. (ECF Doc. 1.)

2.    Defendants Lebanon Police Department/City of Lebanon, Phillip Roberts, and James Alexander request that this Court dismiss certain claims against them.

3.    Specifically, these Defendants seek dismissal of (1) any claims against Alexander and Roberts in their official capacities; (2) any federal-law claims as premised on Part I, Article 15 of the New Hampshire Constitution; (3) the federal law civil conspiracy claim; (4) the neglect to prevent claim under 42 U.S.C. § 1986; (5) the state-law negligence claim against the City of Lebanon; and (6) the state-law civil conspiracy claim.

4.    Defendants Lebanon Police Department/City of Lebanon, Phillip Roberts, and James Alexander seek dismissal of these claims for the reasons articulated in the memorandum of law in support of this motion to dismiss, which has been contemporaneously filed with the present motion. <u>See</u> Local Rule 7.1(a)(2).

5.    Due to the nature of this motion, Defendants Lebanon Police Department/City of Lebanon, Phillip Roberts, and James Alexander did not seek concurrence. <u>See</u> Local Rule 7.1(c).

WHEREFORE Defendants Lebanon Police Department/City of Lebanon, Phillip Roberts, and

James Alexander respectfully request that this Court:

A. Grant their partial motion to dismiss; and

B. Grant such further relief that is just.

Respectfully submitted,

**LEBANON POLICE DEPARTMENT/
CITY OF LEBANON, PHILLIP ROBERTS
AND JAMES ALEXANDER**

By Their Attorneys,

**Gallagher, Callahan & Gartrell, P.C.**

Dated:  January 26, 2024                By: /s/ Matthew V. Burrows
                                        Matthew V. Burrows, Esq. (#20914)
                                        Keelan B. Forey, Esq. (#272933)
                                        214 North Main Street
                                        Concord, NH  03301
                                        (603) 228-1181
                                        burrows@gcglaw.com

**CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served via the Court's electronic filing system upon counsel of record.

Dated:  January 26, 2024                By: /s/ Matthew V. Burrows
                                        Matthew V. Burrows, Esq. (#20914)